IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY KROWCHAK, | ) |
| | ) CIVIL ACTION NO. 2:20-cv-0140 |
| Plaintiff, | ) |
| | ) HONORABLE WILLIAM S. STICKMAN |
| v. | ) |
| | ) |
| WESTINGHOUSE ELECTRIC COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) Electronically Filed. |

STIPULATION OF DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice and each party to bear its own costs.

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

| | |
|---|---|
| s/Joel S. Sansone | s/Shelly R. Pagac |
| Joel S. Sansone, Esquire | Shelly R. Pagac, Esquire |
| PA ID No. 41008 | Pietragallo Gordon Alfano |
| Massimo A. Terzigni, Esquire | Bosick & Raspanti, LLP |
| PA ID No. 317165 | One Oxford Centre, 38th Floor |
| Two Gateway Center, Suite 1290 | Pittsburgh, Pennsylvania 15219 |
| 603 Stanwix Street | 412.263.2000 |
| Pittsburgh, Pennsylvania 15222 | *Counsel for Defendant* |
| 412.281.9194 | |

Dated: May 12, 2021


By the Court,


_____ J.